

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00280-CV

DIXIE HOUSE CAFÉ, INC., Appellant

V.

KAREN BRANDENBURG ECKMAN, Appellee

§ On Appeal from the 17th District Court

§ of Tarrant County (017-346910-23)

§ January 23, 2025

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order denying Dixie House Café, Inc.'s motion for new trial. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Appellant Dixie House Café, Inc. must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr